# United States District Court

## Northern District of Indiana

DFS SECURED HEALTHCARE
RECEIVABLES TRUST, a California Trust
        Plaintiff

v.

CAREGIVERS GREAT LAKES INC.
and MARC S. LEESTMA
        Defendants

**SECOND AMENDED
JUDGMENT IN A CIVIL CASE**

Case No. 3:99cv569RM

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the conversion claim against defendant Marc Leestma is hereby dismissed under Rule 60(a). The judgment is reformed under Rule 60(b) and is entered as follows: **DFS Secured Healthcare Receivables Trust** is entitled to $470,000 in damages against both defendants for fraudulent transfer, $100,000 in punitive damages against Caregivers Great Lakes, $800,000 in punitive damages against Marc Leestma, $300,000 in damages against Caregivers for conversion, $44,593.60 in prejudgment interest on the fraudulent transfer claim against Caregivers, and the appropriate amount of postjudgment interest from both parties on damages and prejudgment interest sums for which they are liable. Plaintiff is granted prejudgment interest in the amount of $44,593.60 on the fraudulent transfer claim and $28,464 on the conversion claim. Plaintiff is granted postjudgment interest at a rate of 1.97% to be calculated in accordance with 28 U.S.C. §1961(a).

Stephen R. Ludwig, Clerk

By _____
    Deputy Clerk

**Equivalent Coupon Issue Yield**: 1.97%

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **January 3, 2003**.